UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Mary Lou Maldonado Sánchez,
v.
United Airlines

CASE NUMBER: 98-1346 (HL)

RECEIVED & FILED
99 OCT 29 PM 2:24
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

| MOTION | ORDER |
|---|---|
| **Date Filed:** 10.27.99   **Docket #** 25<br>[x] Plffs  [x] Defts  [ ] Other<br>**Title:** Joint Stipulation requesting dismissal with prejudice | Granted and approved. Judgment shall be entered accordingly. |

Date 10/29/99

HECTOR M. LAFFITTE
Chief U.S. District Judge