10/29/99

TO FRCP RULES 58 & 79a

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Mary Lou Maldonado Sánchez,
     v.
United Airlines

CASE NUMBER: 98-1346 (HL)

RECEIVED & FILED
99 OCT 29 PM 2: 24
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

| JUDGMENT |
|---|
| The Court having approved the parties' joint stipulation for dismissal, judgment is hereby entered dismissing this claim with prejudice. |

DATE 10/29/99

HECTOR M. LAFFITTE
Chief U.S. District Judge